KEVIN DIAMOND, ESQ.
Nevada Bar No. 4967
THORNDAL ARMSTRONG DELK
 BALKENBUSH & EISINGER
1100 East Bridger Avenue
Las Vegas, NV 89101
Tel: (702) 366-0622
Fax: (702) 366-0327
krd@thorndal.com

*Attorneys for Defendants, DGL Group, Ltd.
and Amazon.Com Services LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JASON HART,<br><br>    Plaintiff,<br><br>vs.<br><br>DGL GROUP, LTD., a New Jersey Corporation; AMAZON.COM SERVICES, LLC, a Delaware Corporation; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | CASE NO. 2:22-cv-01456-JCM-EJY<br><br>**STIPULATION AND ORDER DISMISSING PLAINTIFF'S WAGE LOSS CLAIM** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that Plaintiff JASON HART'S past and future wage loss claim, including any related claims for loss of earnings and loss of earning capacity, may be dismissed, with prejudice, from the above-entitled cause of action.

DATED this 30th day of November, 2022.

| | |
|---|---|
| THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER | GERALD I. GILLOCK & ASSOCIATES |
| By: */s/ Kevin Diamond, Esq.*<br>KEVIN R. DIAMOND, ESQ.<br>Nevada Bar No. 4967<br>1100 E. Bridger Avenue<br>Las Vegas, Nevada 89101<br>Attorneys for Defendants | By: */s/ Alexander Smith, Esq.*<br>ALEXANDER SMITH, ESQ.<br>Nevada Bar No. 15484<br>428 South Fourth Street<br>Las Vegas, Nevada 89101<br>Attorney for Plaintiff |

[Stipulation and Order Dismissing Plaintiff's Wage Loss Claim / 2:22-cv-01456-JCM-EJY]

## ORDER

IT IS HEREBY ORDERED that Plaintiff JASON HART'S past and future wage loss claim, including any related claims for loss of earnings and loss of earning capacity, is dismissed, with prejudice, from the above-entitled cause of action.

DATED December 2, 2022.

_____
U.S. DISTRICT COURT JUDGE

Submitted by:

THORNDAL, ARMSTRONG, DELK,
BALKENBUSH & EISINGER


By: ___/s/ Kevin Diamond, Esq.___
KEVIN R. DIAMOND, ESQ.
Nevada Bar No. 4967
1100 East Bridger Avenue
Las Vegas, Nevada 89101
Attorneys for Defendants

**Salli A. Phillips**

| | |
|---|---|
| **From:** | Alex Smith <asmith@gmk-law.com> |
| **Sent:** | Tuesday, November 29, 2022 3:48 PM |
| **To:** | Kevin R. Diamond; Salli A. Phillips |
| **Cc:** | Jillian L. Lukens; Gaby Chavez; Erika Muniz; Michael Coggeshall |
| **Subject:** | RE: DGL/Hart wage stip |

Hi Kevin,

Yes, you may. I have run this past Mr. Hart and he grants permission to waive any "past and future wage loss claim, including any related claims for loss of earnings and loss of earning capacity[] . . . with prejudice." You have my permission to affix my electronic signature. Please can you change the details below my electronic signature to:

> ALEXANDER SMITH, Esq.
> Nevada Bar No. 15484
> 428 South Fourth Street
> Las Vegas, Nevada 89101
>
> *Attorney for Plaintiff*

Thank you, Kevin.

Alex

**From:** Kevin R. Diamond <KRD@thorndal.com>
**Sent:** Tuesday, November 29, 2022 2:39 PM
**To:** Alex Smith <asmith@gmk-law.com>; Salli A. Phillips <SAP@thorndal.com>
**Cc:** Jillian L. Lukens <jlukens@mlllaw.com>
**Subject:** FW: DGL/Hart wage stip

Alex,

May we affix your signature to the attached stipulation?

Kevin

**From:** Salli A. Phillips <SAP@thorndal.com>
**Sent:** Tuesday, November 29, 2022 9:16 AM
**To:** Kevin R. Diamond <KRD@thorndal.com>
**Subject:** RE: DGL/Hart

See attached

Kevin Diamond | Shareholder | Thorndal Armstrong Delk Balkenbush & Eisinger
1100 E. Bridger Avenue | Las Vegas, NV 89101
Phone: (702) 366-0622 | Cell: (702) 496-6427 | Facsimile: (702) 366-0327

1