KEVIN DIAMOND, ESQ.
Nevada Bar No. 4967
THORNDAL ARMSTRONG, PC
1100 East Bridger Avenue
Las Vegas, NV 89101
Tel: (702) 366-0622
Fax: (702) 366-0327
krd@thorndal.com

Attorney for Defendants, DGL Group, Ltd.
and Amazon.Com Services LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| JASON HART, | CASE NO.  2:22-cv-01456-JCM-EJY |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL** |
| DGL GROUP, LTD., a New Jersey Corporation; AMAZON.COM SERVICES, LLC, a Delaware Corporation; and ROE CORPORATIONS I through X, inclusive, | |
| Defendant. | |

  IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that the above-entitled cause of action may be dismissed with prejudice, each of the parties to pay their own costs and attorney's fees herein incurred.

  IT IS FURTHER STIPULATED by and between the parties that a Scheduling Order has not been received.

. . .

. . .

. . .

. . .

. . .

[Stipulation and Order for Dismissal / 2:22-cv-01456-JCM-EJY]

IT IS FURTHER STIPULATED by and between the parties that no Request for Trial Setting has been filed with the Court in the above-entitled action, nor has this matter been set for trial.

DATED this 30th day of May, 2023.                    DATED this 30th day of May, 2023.
THORNDAL ARMSTRONG, PC                               GERALD I. GILLOCK & ASSOCIATES

By: /s/ Kevin Diamond                                By: /s/ Michael Coggeshall
    KEVIN R. DIAMOND, ESQ.                               MICHAEL H. COGGESHALL, ESQ.
    Nevada Bar No. 4967                                  Nevada Bar No. 14502
    1100 East Bridger Avenue                             428 South Fourth Street
    Las Vegas, Nevada 89101                              Las Vegas, Nevada 89101
    Attorneys for Defendants                             Attorney for Plaintiff

O R D E R

IT IS SO ORDERED June 2, 2023.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

THORNDAL ARMSTRONG, PC

By: /s/ Kevin Diamond
    KEVIN R. DIAMOND, ESQ.
    Nevada Bar No. 4967
    1100 E. Bridger Avenue
    Las Vegas, Nevada 89101
    Attorneys for Defendants

# Salli A. Phillips

| | |
|---|---|
| **From:** | Michael Coggeshall <mcoggeshall@gmk-law.com> |
| **Sent:** | Tuesday, May 30, 2023 10:10 AM |
| **To:** | Salli A. Phillips |
| **Cc:** | Kevin R. Diamond |
| **Subject:** | RE: Jason Hart v. DGL Group and Amazon.Com |

Please use my esignature.

**From:** Salli A. Phillips <SAP@thorndal.com>
**Sent:** Friday, May 26, 2023 10:33 AM
**To:** Michael Coggeshall <mcoggeshall@gmk-law.com>
**Cc:** Kevin R. Diamond <KRD@thorndal.com>
**Subject:** Jason Hart v. DGL Group and Amazon.Com

Good morning –

Attached is a draft of the Stipulation and Order for Dismissal.  Please let us know if we may affix your e-signature to the same.

Thank you.


Salli Phillips
Legal Assistant to Kevin Diamond, Esq. and Aileen Cohen, Esq.
Thorndal Armstrong, PC
1100 E. Bridger Avenue | Las Vegas, NV  89101
Phone: (702) 366-0622 Ext. 2164| Fax: (702) 366-0327
sap@thorndal.com
_____
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s).  Any review, use, distribution or disclosure by others is strictly prohibited.  If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message.
www.thorndal.com


## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

1